# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CHARLES PARKER, | : No. 79 EM 2014 |
| Petitioner | : |
| v. | : |
| HON. JUDGE AMANDA COOPERMAN, ET AL., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is directed to strike the name of the jurist from the caption.